AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Californians for Alternatives to Toxics </br></br> *Plaintiff(s)* </br> v. </br> Travis Moreda Dairy and Travis Moreda </br></br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:24-cv-06632-SI |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Travis Moreda Dairy and Travis Moreda
3243 Spring Hill Road
Petaluma, California 94952

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William Carlon
437 Post Street
Napa, California 94559

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Mark B. Busby*

Date: October 25, 2024

*Signature of Clerk or Deputy Clerk*