PETER HSIAO (Bar No. 119881)
phsiao@kslaw.com
ALEXANDER MOORE (Bar No. 340994)
amoore@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:    +1 415 318-1200
Facsimile:    +1 415 318 1300

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOR ALTERNATIVES TO TOXICS,<br><br>          Plaintiff,<br><br>    vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>          Defendants. | Case No. 3:24-CV-06632-SI<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>*Assigned for all purposes to Honorable Susan Illston* |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there
2  is no conflict or interest (other than the named parties) to report.

3

4  Dated:  November 22, 2024                    KING & SPALDING LLP

5

6                                               By: /s/ Alexander Moore         .
                                                    Alexander Moore

7                                               *Attorneys for Defendants*

2
CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS