1  PETER HSIAO (Bar No. 119881)
   *phsiao@kslaw.com*
2  ALEXANDER MOORE (Bar No. 340994)
   *amoore@kslaw.com*
3  **KING & SPALDING LLP**
   50 California Street, Suite 3300
4  San Francisco, CA 94111
   Telephone:    +1 415 318-1200
5  Facsimile:    +1 415 318 1300

6  *Attorneys for Defendants*
7  TRAVIS MOREDA DAIRY and TRAVIS
   MOREDA
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11

| CALIFORNIA FOR ALTERNATIVES TO TOXICS, | Case No. 3:24-CV-06632-SI |
|---|---|
| Plaintiff, | **DECLARATION OF TRAVIS MOREDA IN SUPPORT OF DEFENDANTS TRAVIS MOREDA DAIRY AND TRAVIS MOREDA'S MOTION TO EXTEND TIME** |
| vs. | |
| TRAVIS MOREDA DAIRY and TRAVIS MOREDA, | *[Filed concurrently with Notice of Motion and Motion, Declaration of Stephanie Moreda-Arend, and [Proposed] Order]* |
| Defendants. | Assigned for all purposes to the Honorable Susan Illston |

## DECLARATION OF TRAVIS MOREDA

I, Travis Moreda, declare and state as follows:

1. I am a defendant in this action and the sole proprietor of Travis Moreda Dairy. I have personal knowledge of the facts set forth herein and could competently testify thereto.

2. I have requested my sister, Stephanie Moreda-Arend, assist me in responding to this lawsuit.

3. I have reviewed Stephanie's declaration dated November 22, 2024, and believe her statements are true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of November 2024, in Petaluma, California.

*/s/ Travis Moreda*
Travis Moreda