# Exhibit C

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>    Defendants. | Case No.: 3:24-cv-06632-SI<br><br>**DECLARATION OF WILLIAM N. CARLON IN SUPPORT OF STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING AND OPPOSITION THERETO**<br><br>Honorable Susan Illston |

I, William N. Carlon, declare as follows:

1. I make this declaration based upon personal knowledge, except as to those matters which are stated otherwise. If called, I could, and would, competently testify as follows:

2. I am an attorney licensed to practice in California, admitted to practice before this court, and one of the attorneys of record in this action. I submit this declaration in support of the parties' stipulation to extend time for Defendants to file their responsive pleading and for Plaintiff to file its opposition thereto, if necessary.

3. The reason the Parties are requesting these thirty-day extensions is primarily to allow the Parties ample time to negotiate a settlement. Secondarily, the request is to accommodate the parties' holiday vacation schedules.

4. There are no previous time modifications in this case.

5. The requested time modification would not have any effect on the schedule for the case.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this declaration was executed in Napa, California on November 19, 2024.

By: /s/ Wiliam N. Carlon
William N. Carlon