# Exhibit D

1  WILLIAM VERICK (State Bar No. 140972)
   Klamath Environmental Law Center
2  P.O. Box 1128
3  Arcata, CA 95518
   (707) 630-5061
4  wverick@igc.org

5  [Additional counsel listed on p. 2]

6
   Attorneys for Plaintiff
7  CALIFORNIANS FOR
   ALTERNATIVES TO TOXICS
8

9  *Appearing pro se*
   TRAVIS MOREDA d.b.a. TRAVIS MOREDA DAIRY
10 3242 Spring Hill Road
   Petaluma, CA 94952
11 707.TMD@gmail.com

12

13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15

16 | CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No.: 3:24-cv-06632-SI |

17 |                                   Plaintiff,         | **STIPULATION TO EXTEND TIME TO** ~~**FILE MOTION FOR FEES**~~**RESPOND TO COMPLAINT** **AND** ~~**COSTS**~~ **TO DATES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**; **[PROPOSED] ORDER THEREON**
18 | v.
19 | TRAVIS MOREDA DAIRY and TRAVIS MOREDA,
20 |                                   Defendants. |
21 |                                                  | Honorable Susan Illston

22

1  DAVID WILLIAMS (State Bar No. 144479)
   Law Offices of David Williams
2  1839 Ygnacio Valley Road, Suite 351
   Walnut Creek, CA 94598
3  (510) 847-2356
   dhwill7@gmail.com
4
5  BRIAN ACREE (State Bar No. 202505)
   Law Office of Brian Acree
6  95 3rd Street, Second Floor
   San Francisco, CA 94103-3103
7  (510) 517-5196
   brian@brianacree.com
8
9  WILLIAM N. CARLON (State Bar No. 305739)
   Law Office of William Carlon
10 437 Post Street
   Napa, CA 94559
11 (530) 514-4115
   william@carlonlaw.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING TIME                                Case No. 3:24-cv-06632-SI

1  WHEREAS, Plaintiff Californians for Alternatives to Toxics filed a complaint (ECF No.1) on September 20, 2024, and Defendants Travis Moreda Dairy and Travis ~~Moreda responsive pleadings~~Moreda's response are due November 25, 2024 (*see* ECF No. 7 (Waiver of Service of Summons));

WHEREAS, the Parties seek additional time to explore settlement opportunities;

WHEREAS, Defendants' ~~responsive pleading~~response to the complaint is due during the Thanksgiving holiday;

WHEREAS, the Parties therefore wish to stipulate to extend, by a period of approximately thirty days, the time within which Defendants must file their ~~responsive pleading~~response from November 25, 2024 to December 27, 2024, and all other dates in the Court's Order Setting Initial Case Management Conference and ADR Deadlines by approximately thirty days;

WHEREAS, the Parties also wish to stipulate to extend, by a period of thirty days, the time within which Plaintiff may file an opposition to Defendants' ~~responsive pleading~~response, should such an opposition be appropriate and necessary;

WHEREAS, pursuant to Local Rule 6-2, this stipulation is accompanied by a declaration setting forth with particularity, the reasons for the requested enlargement of time (to allow further settlement discussion and to account for intervening holidays), all previous time modifications in the case (none), and the effect the requested time modification would have on the schedule for the case (none) (See Declaration of William N. Carlon in Support of Stipulation to Extend Time, filed herewith);

**T**HEREFORE, it is hereby stipulated and agreed, by and among the Parties, through their undersigned attorneys of record, subject to the approval of the Court, that there is good cause for the following:

1. ~~There is good cause to extend the time within which~~ Defendants shall <ins>have an extension to</ins> file ~~its responsive pleading pursuant to Rule 12~~<ins>their response to the complaint</ins>, from November 25, 2024 to December 27, 2024;

2. ~~There is good cause to extend the time within which~~ Plaintiff shall ~~have to~~ file an opposition to Defendants' ~~responsive pleading~~<ins>response, if applicable,</ins> by ~~a period~~ <ins>February 3, 2025</ins>;

<ins>3. The deadline for the Parties to meet and confer pursuant to Federal Rule</ins> of ~~thirty days~~<ins>Civil Procedure 26(f) will be extended from December 23, 2024 to January 22, 2025;</ins>

<ins>4. The deadline for the Parties to make initial disclosures will be extended from January 3, 2025 to February 3, 2025;</ins>

<ins>5. The deadline for the Parties to file their Joint Case Management Statement will be extended from January 3, 2025 to February 3, 2025;</ins>

~~2.~~<ins>6.</ins> The date for the Court to hold its initial Case Management Conference will be extended from January 10, 2025 to February 14, 2025 or another date thereafter at the Court's convenience.

IT IS SO STIPULATED.

Dated: November 19, 2024    LAW OFFICE OF WILLIAM CARLON

By:    /s/ William N. Carlon_____

William N. Carlon
Attorney for Plaintiff
Californians for Alternatives to Toxics

Dated: November 19, 2024    TRAVIS MOREDA DAIRY

By:    /s/Travis Moreda_____

Travis Moreda, d.b.a. Travis Moreda Dairy
*Appearing Pro Se*

STIPULATION EXTENDING TIME                        Case No. 3:24-cv-06632-SI

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING TIME                                   Case No. 3:24-cv-06632-SI

**ORDER**

**ORDER ON STIPULATION TO EXTEND TIME TO ~~FILE RESPONSIVE PLEADING~~RESPOND TO COMPLAINT AND ~~OPPOSITION THERETO~~TO DATES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Good cause appearing, and PURSUANT TO STIPULATION~~,~~:

1.   Defendants shall have an extension to file their response to the complaint, from November 25, 2024 to December 27, 2024;

2.   Plaintiff shall file an opposition to Defendants' response, if applicable, by February 3, 2025;

3.   The deadline for the Parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) will be extended from December 23, 2024 to January 22, 2025;

4.   The deadline for the Parties to make initial disclosures will be extended from January 3, 2025 to February 3, 2025;

5.   The deadline for the Parties to file their Joint Case Management Statement will be extended from January 3, 2025 to February 3, 2025;

6.   The date for the Court to hold its initial Case Management Conference will be extended from January 10, 2025 to _____.

IT IS SO ORDERED~~,~~.

Dated: _____

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING TIME                                          Case No. 3:24-cv-06632-SI

**ATTESTATION FOR E-FILING**

I hereby attest pursuant to Civil L.R. 5-1(i)(3) that I have obtained concurrence in the filing of this document from the other Signatory prior to filing.

DATED: November 19, 2024                              By: /s/ William N. Carlon