1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA FOR ALTERNATIVES TO TOXICS,<br><br>                Plaintiff,<br><br>   vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>                Defendants. | Case No. 3:24-CV-06632-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TRAVIS MOREDA DAIRY AND TRAVIS MOREDA'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO DATES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>*[Filed concurrently with Notice of Motion and Motion, Declaration of Travis Moreda, and Declaration of Stephanie Moreda-Arend]*<br><br>*Assigned for all purposes to the Honorable Susan Illston* |

The Court, having considered all materials filed in support of and in opposition to the motion, and good cause appearing, hereby **GRANTS** Defendants' Motion to Extend Time to Respond to Complaint and to Dates in Order Setting Initial Case Management Conference and ADR Deadlines. Accordingly:

1. Moreda Dairy shall have a 32-day extension of time (accounting for Christmas) to respond to the complaint, from November 25, 2024 to December 27, 2024;

2. The dates set in the Initial Case Management Scheduling Order and ADR Deadlines dated September 23, 2024 will be extended by 30 days, to follow the filing of the response:

   a. The deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) will be extended from December 23, 2024 to January 22, 2025;

   b. The deadline for the parties to make initial disclosures will be extended from January 3, 2025 to February 3, 2025;

   c. The deadline for the parties to file their Joint Case Management Statement will be extended from January 3, 2025 to February 3, 2025;

   d. The date for the Court to hold its initial Case Management Conference will be extended from January 10, 2025 to _____.

**IT IS SO ORDERED.**

Dated: _____          _____
                                     The Honorable Susan Illston
                                     United States District Judge