UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-CV-06632-SI<br><br>**ORDER *AS AMENDED* BY THE COURT GRANTING DEFENDANTS TRAVIS MOREDA DAIRY AND TRAVIS MOREDA'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO DATES IN ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>*Assigned for all purposes to the Honorable Susan Illston* |

The Court, having considered all materials filed in support of the motion,[1] and good cause appearing, hereby **GRANTS** Defendants' Motion to Extend Time to Respond to Complaint and to Dates in Order Setting Initial Case Management Conference and ADR Deadlines. Accordingly:

1. Moreda Dairy shall have a 32-day extension of time (accounting for Christmas) to respond to the complaint, from November 25, 2024 to December 27,

---

[1] Given that the existing deadline to respond to the complaint is Monday, November 25, 2024, and in the interests of judicial economy, the Court grants this motion without waiting for an opposition to be filed.

1

ORDER *AS AMENDED BY THE COURT* GRANTING MOTION TO EXTEND TIME

2024;

If defendants file anything other than an answer, plaintiff will have an extension of 30 days to file an opposition;

1. The dates set in the Initial Case Management Scheduling Order and ADR Deadlines dated September 23, 2024 will be extended by 30 days:
    a. The deadline for the parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) will be extended from December 23, 2024 to January 22, 2025;
    b. The deadline for the parties to make initial disclosures will be extended from January 3, 2025 to February 3, 2025;
    c. The deadline for the parties to file their Joint Case Management Statement will be extended from January 3, 2025 to February 7, 2025;
    d. The date for the Court to hold its initial Case Management Conference will be extended from January 10, 2025 to February 14, 2025.

**IT IS SO ORDERED.**

Dated:  November 22, 2024

_Susan Illston_
The Honorable Susan Illston
United States District Judge