1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-CV-06632-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS TRAVIS MOREDA DAIRY AND TRAVIS MOREDA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**<br><br>*[Filed concurrently with Motion and Declaration of Alexander Moore]*<br><br>*Assigned for all purposes to the Honorable Susan Illston* |
|---|---|

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME

The Court, having considered all materials filed in support of the motion, and good cause appearing, hereby **GRANTS** Defendants' Unopposed Motion for Extension of Time to File Answer. Accordingly:

1. Defendants shall have an extension of time to file their Answer, from December 27, 2024 to December 30, 2024;

2. Defendants' Answer filed on December 30, 2024 (ECF No. 13) is accepted as timely filed.

**IT IS SO ORDERED.**

Dated: _____              _____
                                                              Honorable Susan Illston
                                                              United States District Judge