UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS MOREDA DAIRY, et al.,<br><br>Defendants. | Case No. 24-cv-06632-SI<br><br>**ORDER RE: JUNE 12, 2025 DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 28 |

On June 12, 2025, the parties filed a joint statement of a discovery dispute. Dkt. No. 28. The parties have a settlement conference scheduled for June 23, 2025. Dkt. No. 27. On May 27, 2025, plaintiff served discovery requests on defendants, including a deposition noticed for June 27, requests for admissions, requests for the production of documents, and fifteen interrogatories. Dkt. No. 28, Attachments. Under the rules for discovery, the deadline for a response falls shortly after the scheduled settlement conference. Defendants seek a postponement of the deposition and an extension of its discovery deadlines to allow them to focus first on settlement. Dkt. No. 28 at 1-3. Defendants proposed a sixty day extension, then a forty-five day extension, while plaintiffs countered first with a two-week extension and then a twenty-two day extension. *Id.* at 3-4.

The Court agrees with defendants that the parties should focus their attention on the settlement conference. The Court therefore ORDERS that the deadline to respond to plaintiff's written discovery shall be August 1, 2025, and no depositions may occur before that date.

**IT IS SO ORDERED**.

Dated: June 17, 2025

_____
SUSAN ILLSTON
United States District Judge