1  PETER HSIAO (Bar No. 119881)
   phsiao@kslaw.com
2  ALEXANDER MOORE (Bar No. 340994)
   amoore@kslaw.com
3  **KING & SPALDING LLP**
   50 California Street, Suite 3300
4  San Francisco, CA 94111
   Telephone:  +1 415 318-1200
5  Facsimile:  +1 415 318 1300

6  *Attorneys for Defendants*
7  TRAVIS MOREDA DAIRY and TRAVIS
   MOREDA

8

9  **UNITED STATES DISTRICT COURT**

10  **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No. 3:24-CV-06632-SI |
|---|---|
| Plaintiff, | **DECLARATION OF ALEXANDER MOORE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| TRAVIS MOREDA DAIRY and TRAVIS MOREDA, | *[Filed concurrently with Notice of Motion and Motion, Declarations of Travis Moreda and Kyle Lutz, and [Proposed] Order]* |
| Defendants. | Assigned for all purposes to the Honorable Susan Illston |

1
DECLARATION OF ALEXANDER MOORE

# DECLARATION OF ALEXANDER MOORE

I, Alexander Moore, declare and state as follows:

1. I am an associate at King & Spalding LLP and am licensed to practice law in the State of California. I represent Travis Moreda and Travis Moreda Dairy (collectively, "Travis") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would competently testify thereto.

2. Attached as **Exhibit G** is a true and correct copy of Plaintiff's Rule 26 Initial Disclosures, dated April 4, 2025.

3. Attached as **Exhibit H** is a true and correct copy of Travis' Rule 26 Initial Disclosures, dated April 4, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of September 2025, in Oakland, California.

_____
Alexander Moore

# EXHIBIT G

| | |
|---|---|
| 1 | WILLIAM VERICK (State Bar No. 140972) |
| | Klamath Environmental Law Center |
| 2 | P.O. Box 1128 |
| | Arcata, CA 95518 |
| 3 | (707) 630-5061 |
| | wverick@igc.org |
| 4 | DAVID WILLIAMS (State Bar No. 144479) |
| | Law Offices of David Williams |
| 5 | 1839 Ygnacio Valley Road, Suite 351 |
| | Walnut Creek, CA 94598 |
| 6 | (510) 847-2356 |
| | dhwill7@gmail.com |
| 7 | |
| 8 | BRIAN ACREE (State Bar No. 202505) |
| | Law Office of Brian Acree |
| 9 | 95 3rd Street, Second Floor |
| | San Francisco, CA 94103-3103 |
| 10 | (510) 517-5196 |
| | brian@brianacree.com |
| 11 | WILLIAM N. CARLON (State Bar No. 305739) |
| | Law Office of William Carlon |
| 12 | 437 Post Street |
| | Napa, CA 94559 |
| 13 | (530) 514-4115 |
| | william@carlonlaw.com |
| 14 | |
| | Attorneys for Plaintiff |
| 15 | CALIFORNIANS FOR ALTERNATIVES TO TOXICS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No. 3:24-cv-06632-SI |
| Plaintiff, | **PLAINTIFF'S INITIAL DISCLOSURES FRCP 26(a)(1)(A) & (B)** |
| vs. | |
| TRAVIS MOREDA DAIRY and TRAVIS MOREDA, | |
| Defendants. | |

Pursuant to F.R.C.P. 26(a)(1)(A), Plaintiff Californians for Alternatives to Toxics discloses the name and the address and telephone number of each individual likely to have discoverable information that Plaintiff may use to support its claims. Plaintiff also identifies the subjects of information that may be in the possession of each person.

//

Plaintiff's Initial Disclosures　　　　　　　1　　　　　　　Case No.: 3:24-cv-06632-SI

| | |
|---|---|
| 1. Patricia Clary, P.O. Box 1447, Hoopa, CA, 95546. Ms. Clary can be reached through counsel for Plaintiff. | 1. Ms. Clary is the Executive Director of Californians for Alternatives to Toxics. She is likely to have discoverable information supporting Plaintiff's standing to bring the above-referenced action in federal court. |
| 2. Matt Lang. Mr. Lang can be reached through counsel for Plaintiff. | 2. Mr. Lang is a licensed drone operator and is likely to have discoverable information relating to his observations and investigation of Defendants' facility. |
| 2. Custodian of Records at San Francisco Regional Water Quality Control Board, 1515 Clay Street, Suite 1400, Oakland, CA 94612. | 2. The custodian of records at the Regional Board is likely to have discoverable information regarding Defendants' compliance status with respect to waste discharge requirements and/or permits. |
| 3. Custodian of Records at the State Water Resources Control Board. 1001 I Street, Sacramento, CA 95814. | 3. The custodian of records at the State Board is likely to have discoverable information regarding Defendant's compliance status with respect to waste discharge requirements and/or permits. |

Pursuant to F.R.C.P. 26(a)(1)(B), Plaintiff discloses the following descriptions by category of all documents, data, and tangible things in Plaintiff's possession, custody or control that Plaintiff may use to support its claims or defenses as follows:

1. Waste Discharge Requirement Order No. R2-2016-0031;
2. Defendants' annual reports and documents submitted pursuant to the monitoring and reporting program for R2-2016-0031;
3. Documents Defendants have submitted to the Regional Water Quality Control Board;
4. Documents Defendants have submitted to the State Water Quality Control Board;
5. Regional Board Inspection Reports relating to Defendants' dairy facility;
6. Correspondence between Defendants and the Regional and State Water Boards relating to Defendants' dairy facility;
7. Plaintiff's Notices of Intent to File Suit issued to Defendants;
8. Plaintiff's non-confidential investigation photographs, videos, and notations.

The above-listed documents are those reasonably available to Plaintiff at this time. Most, if not

all, of these documents are already in Defendants' possession.

Plaintiff's investigations are ongoing and, to the extent new, non-expert documents become available that Plaintiff may use in this litigation, Plaintiff will promptly update these disclosures.

Dated: April 4, 2025                    Respectfully Submitted,

                                             LAW OFFICE OF WILLIAM CARLON

                                             By:    /s/ William N. Carlon
                                                      William N. Carlon
                                                      Attorney for Plaintiff
                                                      CALIFORNIANS FOR ALTERNATIVES TO TOXICS

# PROOF OF SERVICE

I, William N. Carlon, declare as follows:

I am a resident of the State of California, and employed in Napa, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 437 Post Street, Napa, California 94559.

On April 4, 2025, I served the following document(s):

**PLAINTIFF'S INITIAL DISCLOSURES STATMENT**

by placing a true and correct copy thereof in a sealed envelope, with first-class postage prepaid and depositing it in a U.S. Postal Service mailbox, addressed to:

Peter Hsiao
Alexander Moore
KING & SPALDING LLP
50 California Street, Suite 3300
San Francisco, CA 94111

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 4, 2025, at Napa, California.

_____
William N. Carlon

# EXHIBIT H

1  PETER HSIAO (Bar No. 119881)
   *phsiao@kslaw.com*
2  ALEXANDER MOORE (Bar No. 340994)
   *amoore@kslaw.com*
3  **KING & SPALDING LLP**
   50 California Street, Suite 3300
4  San Francisco, CA 94111
   Telephone:    +1 415 318-1200
5  Facsimile:    +1 415 318 1300

6  *Attorneys for Defendants*
7  TRAVIS MOREDA DAIRY and TRAVIS
   MOREDA

8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | CALIFORNIANS FOR ALTERNATIVES TO | Case No. 3:24-CV-06632-SI
13 | TOXICS,
   |                                   | **DEFENDANTS TRAVIS MOREDA**
14 |            Plaintiff,             | **DAIRY AND TRAVIS MOREDA'S**
   |                                   | **INITIAL DISCLOSURES**
15 |   vs.
   |                                   | *Assigned for all purposes to the*
16 | TRAVIS MOREDA DAIRY and TRAVIS    | *Honorable Susan Illston*
   | MOREDA,
17
   |            Defendants.
18

19

20

21

22

23

24

25

26

27

28

                                    1

Pursuant to Federal Rule of Civil Procedure 26, Defendants Travis Moreda Dairy and Travis Moreda (collectively, "TMD") hereby submit the following initial disclosures:

**RESERVATIONS**

1. These disclosures are based upon information reasonably available to TMD as of this date. Continuing investigation and discovery may alter these disclosures. Accordingly, TMD reserves the right to amend and/or supplement the information disclosed below if additional information becomes available.

2. By making these disclosures, TMD does not represent that any particular document exists within its possession, custody or control.

3. These initial disclosures are made without waiver of, or prejudice to, any objections TMD may have. TMD expressly reserves all objections, including, but not limited to, objections on the grounds of (a) relevance, (b) attorney-client privilege, (c) the attorney work product doctrine, (d) any other applicable privilege or protection under federal or applicable state law, (e) undue burden, (f) immateriality, and (g) overbreadth.

4. TMD expressly reserves the right to identify and call as witnesses additional persons other than those listed below, if, during the course of discovery and investigation relating to this action, TMD learns that such additional persons have knowledge of relevant matters.

5. These initial disclosures are made subject to and without limiting any of the foregoing reservations.

//
//
//
//
//
//

I.  **Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

TMD has not yet discovered all individuals who may have discoverable, non-privileged information that may support its defenses in this case. To date, TMD has identified the below-listed individuals:

| # | Witness | Subject of Information | Contact Information |
|---|---|---|---|
| 1 | Travis Moreda | Travis Moreda Dairy and improvements to same; Travis Moreda Dairy's financial status. | c/o Primex's attorney |
| 2 | Stephanie Moreda-Arend | Travis Moreda Dairy and improvements to same; Travis Moreda Dairy's financial status; Northern California dairy industry. | c/o Primex's attorney |
| 3 | Kyle Lutz | The improvements to Travis Moreda Dairy; Clean Water Act and Regional and State and Water Board compliance; California dairy industry. | c/o Primex's attorney |
| 4 | Any and all persons identified in Plaintiff's Initial Disclosures. | Unknown at this time. | Unknown at this time. |
| 5 | Any and all persons whose depositions are noticed, taken, or who provide written testimony in this action. | Unknown at this time. | Unknown at this time. |

II.  **Rule 26(a)(1)(A)(ii): A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims and or defenses, unless the use would be solely for impeachment.**

The following categories of documents, electronically stored information, and

3
DEFENDANTS' INITIAL DISCLOSURES

tangible things that TMD has in its possession, custody, or control may be used by TMD to support its claims and defenses, unless the use would be solely for impeachment, and are produced to Plaintiff on this date:

| # | Categories of Documents and Tangible Things |
|---|---|
| 1 | Improvements made to Travis Moreda Dairy, including photographs and narrative descriptions. |
| 2 | The Travis Moreda Dairy Waste Management Plan, describing the dairy's ability to contain and hold all manure and water than has come in contact with manure, including, *inter alia*:<br>(i)   animal inventory; and<br>(ii)  storage pond design and usage calculations. |
| 3 | The Travis Moreda Dairy Nutrient Management Plan, evaluating the nutrients generated by the dairy and identifying practices to meet crop needs while minimizing adverse impacts to surface water and groundwater, including through, *inter alia*:<br>(i)    facility mapping;<br>(ii)   data regarding manure inventory, on-farm transfers, and applications;<br>(iii)  estimated manure nutrient analyses;<br>(iv)   planted crops and fertilizer recommendations;<br>(v)    planned nutrient applications;<br>(vi)   field and whole farm nutrient balances;<br>(vii)  crop land risk assessment;<br>(viii) evaluation of manure and nutrient distribution; and<br>(ix)   evaluation of water source and backflow protections. |
| 4 | The San Francisco Bay Regional Water Quality Control Board Confined Animal Facility Compliance Inspection Report, dated November 1, 2024, finding, *inter alia*, that Travis Moreda Dairy meets General Waste Discharge Requirements, and identifying no violations. |
| 5 | Travis Moreda Dairy Profit & Loss Statements (produced under the terms of a confidentiality agreement between the parties). |
| 6 | Documents produced by Plaintiff in this action, subject to objections to their admissibility and foundation. |
| 7 | Documents produced by any non-party in this action. |
| 8 | Any item listed, disclosed, or endorsed by any party for use at trial. |

TMD reserves the right to amend this list and identify further documents that may be used to support its defenses in this action as discovery progresses.

//

| | | |
|---|---|---|
| III. | **Rule 26(a)(1)(A)(iii):** A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered. | |
| | N/A. | |
| IV. | **Rule 26(a)(1)(A)(iv):** For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify and reimburse for payments made to satisfy the judgment. | |
| | None. | |

Dated:  April 4, 2025　　　　　　　　　　　KING & SPALDING LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Alexander Moore*
　　　　　　　　　　　　　　　　　　　　　　　　Alexander Moore

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in the county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 50 California Street, Suite 3300, San Francisco, CA 94111.

On April 4, 2025, I served the following document(s) in the manner described below:

**DEFENDANTS TRAVIS MOREDA DAIRY AND TRAVIS MOREDA'S INITIAL DISCLOSURES**

☒ (BY ELECTRONIC SERVICE): By electronically transmitting a true and correct copy through King & Spalding LLP's electronic mail system to the email addresses set forth below based on an agreement by the parties.

☒ (BY U.S. MAIL): I am personally and readily familiar with the business practice of King & Spalding LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at Sacramento, California.

| | |
|---|---|
| **Brian Darwin Acree**<br>Law Office of Brian Acree<br>95 3rd Street, Second Floor<br>San Francisco, CA 94103-3103<br>510-517-5196<br>Email: brian@brianacree.com | **David Hutchings Williams**<br>Law Offices of David H. Williams<br>1839 Ygnacio Valley Road, Suite 351<br>Walnut Creek, CA 94610<br>510-847-2356<br>Fax: 925-332-0352<br>Email: dhwill7@gmail.com |
| **William Leonard Verick**<br>Klamath Environmental Law Center<br>1125 Sixteenth Street, Suite 204<br>Arcata, CA 95521<br>707-630-5061<br>Fax: 707-630-5064<br>Email: wverick@igc.org | **William Nazar Carlon**<br>Law Office of William Carlon<br>437 Post Street<br>Napa, CA 94559<br>530-514-4115<br>Email: william@carlonlaw.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 4, 2025, at Oakland, California.

*/s/ Alexander Moore*
Alexander Moore