1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **NORTHERN DISTRICT OF CALIFORNIA**
10
11

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-CV-06632-SI<br><br>**[PROPOSED] ORDER FOR DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>Date:     October 31, 2025<br>Time:    10:00 a.m.<br>Courtroom 1, 17th Floor<br><br>*[Filed concurrently with Notice of Motion and Motion, and Declarations of Travis Moreda, Kyle Lutz, and Alexander Moore]*<br><br>Assigned to the Honorable Susan Illston<br><br>Complaint Filed: September 20, 2024<br>Trial Date: None set |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, came
2  on for hearing in Courtroom 1 of this Court on October 31, 2025, at 10:00 a.m.  Each party appeared
3  at the hearing through their counsel of record.  Having reviewed the motion, briefing, evidence and
4  arguments submitted by the parties, and the Court's files, and good cause appearing, the Court orders
5  that:
6  \_\_\_\_ The Motion to Dismiss is GRANTED.  Plaintiff Californians for Alternatives to
7  Toxics' Complaint is hereby dismissed with prejudice.
8  \_\_\_\_ The Motion for Summary Judgment is GRANTED.  The Court shall separately enter
9  judgment in favor of Defendants Travis Moreda and Travis Moreda Dairy.
10 **IT IS SO ORDERED.**

12 Dated: _____     _____
13                                HON. SUSAN ILLSTON
                                   UNITED STATES DISTRICT COURT
14                                JUDGE