PETER HSIAO (Bar No. 119881)
*phsiao@kslaw.com*
ALEXANDER MOORE (Bar No. 340994)
*amoore@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:     +1 415 318-1200
Facsimile:      +1 415 318 1300

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-CV-06632-SI<br><br>**DECLARATION OF ALEXANDER MOORE IN SUPPORT OF STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2)**<br><br>*[Filed concurrently with Stipulated Request]*<br><br>*Assigned for all purposes to the Honorable Susan Illston* |

DECLARATION OF ALEXANDER MOORE                                      Case No. 3:24-CV-06632-SI

# DECLARATION OF ALEXANDER MOORE

I, Alexander Moore, declare and state as follows:

1. I am an associate at King & Spalding LLP and am licensed to practice law in the State of California. I represent Travis Moreda and Travis Moreda Dairy (collectively, "TMD") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would competently testify thereto.

2. On November 22, 2024, the Court granted TMD's Motion to Extend Time, extending TMD's time to respond to the Complaint from November 25, 2024, to December 27, 2024, and extending all deadlines set by the Court's Initial Case Management Scheduling Order and ADR Deadlines by 30 days. (ECF No. 11.)

3. On January 2, 2025, the Court granted TMD's Unopposed Motion for Extension of Time to File Answer, extending TMD's time to file its Answer from December 27, 2024, to December 30, 2024. (ECF No. 15.)

4. On January 27, 2025, the Court granted the parties' Stipulated Request to Extend Deadlines Set by Court, extending the deadline for the Parties' joint case management statement until April 11, 2025, and setting the Initial Case Management Conference for April 18, 2025. (ECF No. 19.)

5. On April 8, 2025, the Court granted the parties' Stipulated Request for Order Extending Initial Case Management Conference Dates to permit the parties to attend an Early Settlement Conference before U.S. Magistrate Judge Peter H. Kang, extending the deadline for the parties' joint case management statement until July 11, 2025, and setting the Initial Case Management Conference for July 18, 2025. (ECF No. 23.)

6. On June 17, 2025, the Court resolved a discovery dispute by extending TMD's deadlines to respond to CAT's first set of written discovery requests from

1. July 1, 2025 to August 1, 2025 and ordering that no depositions shall occur before August 1, 2025. (ECF No. 29.)

7. On July 1, 2025, the Court granted the parties' Stipulated Request for Order Staying Case to permit further settlement discussions, extending the deadline for the parties' joint case management statement until October 10, 2025, setting the Initial Case Management Conference for October 17, 2025, and extending TMD's deadlines to respond to CAT's first set of written discovery requests from August 1, 2025 to at least September 22, 2025, and ordering that no deposition notices shall be served prior to September 22, 2025. (ECF No. 33.)

8. On September 26, 2025, TMD filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (the "Motion"), which is set for hearing on October 31, 2025. (ECF No. 38.)

9. To promote judicial efficiency and conserve the expenditure of attorneys' fees and costs in litigation, the parties jointly request a continuance of the Initial Case Management Conference from October 17 to October 31, 2025, and a corresponding continuance of the deadline for the joint case management statement from October 10 to October 24, 2025, so that the Initial Case Management Conference and Motion hearing occur on the same date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of October 2025, in Oakland, California.



Alexander Moore