PETER HSIAO (Bar No. 119881)
*phsiao@kslaw.com*
ALEXANDER MOORE (Bar No. 340994)
*amoore@kslaw.com*
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   +1 415 318-1200
Facsimile:   +1 415 318 1300

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-CV-06632-SI<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE (L.R. 6-1, 6-2); [PROPOSED] ORDER**<br><br>*[Filed concurrently with Declaration of Alexander Moore]*<br><br>Assigned for all purposes to the Honorable Susan Illston |

## **STIPULATION**

Pursuant to Local Rules 6-1 and 6-2, and supported by the accompanying Declaration of Alexander Moore, Plaintiff Californians for Alternatives to Toxics ("CAT") and Defendants Travis Moreda and Travis Moreda Dairy (collectively "TMD," and together with CAT, the "Parties") through undersigned counsel hereby stipulate and respectfully request the Court continue the Initial Case Management Conference from October 17 to October 31, 2025, the hearing date set for TMD's Motion to Dismiss, or in the alternative, for Summary Judgment. The Parties declare the following in support of this request:

WHEREAS, on November 22, 2024, the Court granted TMD's Motion to Extend Time, extending TMD's time to respond to CATs' Complaint from November 25, 2024 to December 27, 2024, and extending all deadlines set by the Court's Initial Case Management Scheduling Order and ADR Deadlines by 30 days (ECF No. 11);

WHEREAS, on January 2, 2025, the Court granted TMD's Unopposed Motion for Extension of Time to File Answer, extending TMD's time to file its Answer from December 27, 2024 to December 30, 2024 (ECF No. 15);

WHEREAS, on January 27, 2025, the Court granted the Parties' Stipulated Request to Extend Deadlines Set by Court, extending the deadline for the Parties' joint case management statement until April 11, 2025, and setting the Initial Case Management Conference for April 18, 2025 (ECF No. 19);

WHEREAS, on April 8, 2025, the Court granted the Parties' Stipulated Request for Order Extending Initial Case Management Conference Dates to permit the Parties to attend an Early Settlement Conference before U.S. Magistrate Judge Peter H. Kang, extending the deadline for the Parties' joint case management statement until July 11, 2025, and setting the Initial Case Management Conference for July 18, 2025 (ECF No. 23);

|   |   |
|---|---|
| 1 | WHEREAS, on June 17, 2025, the Court resolved a discovery dispute by extending TMD's deadlines to respond to CAT's first set of written discovery requests from July 1, 2025 to August 1, 2025 and ordering that no depositions shall occur before August 1, 2025 (ECF No. 29); |
| 5 | WHEREAS, on July 1, 2025, the Court granted the Parties' Stipulated Request for Order Staying Case to permit further settlement discussions, extending the deadline for the Parties' joint case management statement until October 10, 2025, setting the Initial Case Management Conference for October 17, 2025, and extending TMD's deadlines to respond to CAT's first set of written discovery requests from August 1, 2025 to at least September 22, 2025, and ordering that no deposition notices shall be served prior to September 22, 2025 (ECF No. 33); |
| 12 | WHEREAS, on September 26, 2025, TMD filed a Motion to Dismiss or, in the Alternative, Motion for Summary Judgment (the "Motion"), which is set for hearing on October 31, 2025 (ECF No. 38); |
| 15 | WHEREAS, to promote judicial efficiency and conserve the expenditure of attorneys' fees and costs in litigation, the Parties jointly request a continuance of the Initial Case Management Conference from October 17 to October 31, 2025, and a corresponding continuance of the deadline for the joint case management statement from October 10 to October 24, 2025, so that the Initial Case Management Conference and Motion hearing occur on the same date; |
| 21 | WHEREFORE, the Parties hereby stipulate and respectfully request that the Court continue all case deadlines as follows: |
| 23 | (1) The deadline for the Parties to file their joint case management statement is extended from October 10, 2025 to **November 7, 2025; and** |
| 25 | (2) The initial Case Management Conference is continued from October 17, 2025 to **November 14, 2025** at 2:30 p.m. |

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: October 3, 2025 | KING & SPALDING LLP |
| 4 |  | By: */s/ Alexander Moore* |
|   |  | Alexander Moore |
| 5 |  | *Attorneys for Defendants* |
| 7 | Dated: October 3, 2025 | LAW OFFICE OF WILLIAM CARLON |
| 9 |  | By: */s/ William N. Carlon*   Signature authority granted via email on October 3, 2025 |
|   |  | William N. Carlon |
| 10 |  | *Attorneys for Plaintiff* |

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED** *AS AMENDED ABOVE.*

Dated: October 3, 2025

[signature: Susan Illston]

Honorable Susan Illston
United States District Judge

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 3, 2025                    KING & SPALDING LLP

                                         By: */s/ Alexander Moore*
                                                 Alexander Moore

                                         *Attorneys for Defendants*