WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIANS FOR ALTERNATIVES TO TOXICS,

Plaintiff,

v.

TRAVIS MOREDA DAIRY and TRAVIS MOREDA,

Defendants.

Case No.: 3:24-cv-06632-SI

**DECLARATION OF MATTHEW LANG**

Honorable Susan Illston

I, MATTHEW LANG, declare as follows:

1

1.     I make this declaration based upon personal knowledge, except as to those matters which are stated otherwise.  If called, I could, and would, competently testify as follows:

2.     On November 24, 2024, I flew a drone over Defendants' property located at 3243 Spring Hill Road, near Petaluma, California ("Facility"). I was instructed by Plaintiff's attorneys to collect video and photographs of Defendants' dairy operation, focusing especially on the holding ponds, the flow of storm water at the site, and the downstream waters.

3.     I had no intention of capturing any photographs or video of anybody engaging in personal or private activities.

4.     The video titled PLF000092, accessible at the following link: https://wcarlonlaw-my.sharepoint.com/:v:/g/personal/william_carlonlaw_com/EcKCyj4Uk4hPgB6aFrPp6EkB-5oMMxdY2iOr4nZMnAvB3w?e=vRKC7g shows the conditions at the Facility on the day that I was there. The following photograph is a still frame of that video, taken at approximately eight seconds into the video:



The next image is a zoomed in version of the still frame above, focused on one of the berms located at the bottom center of the photo above:





I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this declaration was executed in Arcata, California on October 10, 2025.

By: *Matthew Lang*

Matthew Lang