WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　　Plaintiff,<br>v.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>　　　　　Defendants. | Case No.: 3:24-cv-06632-SI<br><br>**DECLARATION OF WILLIAM N. CARLON**<br><br>Honorable Susan Illston |

　　　I, William N. Carlon, declare as follows:

1

1. I make this declaration based upon personal knowledge, except as to those matters which are stated otherwise. If called, I could, and would, competently testify as follows:

2. I am an attorney licensed to practice in California, admitted to practice before this court, and one of the attorneys of record in this action. I submit this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

3. The discovery process has been slow to get started in this case.

4. The parties conducted their initial Rule 26(f) conference on January 22, 2025.

5. The parties explored settlement options for several months, but reached no agreement.

6. On May 27, 2025, Plaintiff propounded its first set of written discovery, including requests for admission, requests for production of documents, interrogatories, a notice of deposition of Defendant Travis Moreda, and an inspection request.

7. Defendants sought, and obtained, an extension to respond to the first set of discovery. (ECF No. 29.)

8. In order to continue exploring the possibility of settlement, the parties agreed to a stay of the case until September 22, 2025, and the Court ordered the stay, further pushing out Defendants' discovery responses. (ECF No. 31.)

9. On September 17, 2025, Defendants sought yet another 60-day extension to respond to the May 27th discovery, and Plaintiff agreed.

10. Defendants' responses to discovery are now due November 21, 2025.

11. Plaintiff provided Defendants with documents bates stamped PLF000001 through PLF000124, including videos and photographs, that support the allegations made in the complaint.

12. Plaintiff will supplement its disclosures as required by the Federal Rules of Civil Procedure.

1  I declare under penalty of perjury of the laws of the United States that the foregoing is
2  true and correct and that this declaration was executed in Napa, California on October 10,
3  2025.

By: /s/ Wiliam N. Carlon

William N. Carlon