PETER HSIAO (Bar No. 119881)
*phsiao@kslaw.com*
ALEXANDER MOORE (Bar No. 340994)
*amoore@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:  +1 213 443 4355
Facsimile:  +1 213 443 4310

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-CV-06632-SI<br><br>**EXHIBIT TO DEFENDANTS' PORTION OF AMENDED CASE MANAGEMENT STATEMENT (ECF NO. 46)**<br><br>Assigned to the Honorable Susan Illston<br><br>Complaint Filed: September 20, 2024<br>Trial Date: None set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Attached hereto as Exhibit A to Defendants' portion of the Amended Case Management Statement (ECF No. 46) is a true and correct copy of the California Department of Food and Agriculture's current alert regarding H5N1 HPAI detections in Sonoma County.

Dated: November 14, 2025

KING & SPALDING LLP

By: _____
Alexander Moore

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

# EXHIBIT A

## CA Poultry HPAI Detections:
## Implications for the Dairy Industry

**ALERT:** CDFA received official confirmation of H5N1 HPAI detections in two (2) Sonoma County commercial poultry flocks on 10/28 and 10/29, 2025. These are the state's first domestic bird flu cases connected to the fall 2025 migratory season for wild birds in the Pacific Flyway.

**RISKS for dairy (and beef) producers:**
- Among cattle, dairy breeds remain at highest risk for HPAI infection.
- Increased wild bird Guangdong virus presents a generalized risk to all cattle, due to the ever-present potential for another species spillover event.
- Amplification of Guangdong virus in infected domestic birds further increases the risk of exposure for cattle in proximity to infected poultry flocks.
- To date, there have been no cases of direct avian-to-bovine HPAI virus transmission originating from infected _domestic_ poultry; however, flu viruses are constantly changing – we cannot predict future pathways of infection.

CDFA stresses the following **BIOSECURITY PRECAUTIONS** for California's cattle industry:
1. Proper hygiene with a change of clothes and footwear on- and off-site,
2. No shared employees between dairy (or beef) & poultry farms,
3. Not interacting with colleagues/family members who are working in the poultry industry,
4. Cleaning vehicles before entering cattle premises, with special attention to vehicles that may also service the poultry industry (e.g. feed trucks, rendering trucks),
5. Limiting farm access to essential personnel only.

Please contact your Northern California CDFA District Office at **(530) 225-2140** with any questions, disease testing requests, or biosecurity supply needs.

