UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** November 14, 2025 | **Time:** 2:47 – 2:58<br>11 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 24-cv-06632-SI | **Case Name:** Californians for Alternatives to Toxics v. Travis Moreda Dairy | |

**Attorney for Plaintiff:** William Verick
**Attorney for Defendant:** Alex Moore, Peter Hsiao

**Deputy Clerk:** Esther Chung        **Court Reporter:** Zoom Recording

## PROCEEDINGS

Initial Case Management Conference – Held via Zoom webinar.

## SUMMARY

The Court confirmed that discovery is now open. Defendants are to provide inspections after two rain events. If Defendants are going to be filing a Motion to Dismiss it should be filed as soon as possible.

The parties confirmed that they are amenable to a **Bench Trial**.

CASE CONTINUED:  4/17/2026  at 3:00 PM for Further Case Management Conference.
Joint Case Management Statement due:  **7 days before hearing**
Courtesy copy of the Statement is due:  **Next Court day following filing.**
Zoom registration by email to sicrd@cand.uscourts.gov due:  **9 days before any hearing.**