| | |
|---|---|
| 1 | PETER HSIAO (Bar No. 119881) |
| 2 | phsiao@kslaw.com<br>ALEXANDER MOORE (Bar No. 340994) |
| 3 | amoore@kslaw.com<br>**KING & SPALDING LLP** |
| 4 | 50 California Street, Suite 3300<br>San Francisco, CA 94111 |
| 5 | Telephone:   +1 415 318-1200<br>Facsimile:    +1 415 318 1300 |
| 6 | |
| 7 | *Attorneys for Defendants*<br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA |
| 8 | |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | | Case No. 3:24-CV-06632-SI |
| | Plaintiff, | **DECLARATION OF ALEXANDER MOORE IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS** |
| vs. | | |
| TRAVIS MOREDA DAIRY and TRAVIS MOREDA, | | Date:            January 9, 2026<br>Time:           10:00 a.m.<br>Courtroom 1, 17th Floor |
| | Defendants. | *[Filed concurrently with Notice of Motion and Motion and [Proposed] Order]*<br><br>*Assigned for all purposes to the Honorable Susan Illston* |

**DECLARATION OF ALEXANDER MOORE**

I, Alexander Moore, declare and state as follows:

1. I am an associate at King & Spalding LLP and am licensed to practice law in the State of California. I represent Travis Moreda and Travis Moreda Dairy (collectively, "Travis") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called as a witness I could and would competently testify thereto.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiff's purported Notice of Violations, dated July 11, 2024, and previously attached as Exhibit 1 to Plaintiff's Complaint (ECF No. 1-1).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December 2025, in Oakland, California.

_____
Alexander Moore