UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>　　　　　Defendants. | Case No. 3:24-CV-06632-SI<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Date:　　January 9, 2026<br>Time:　　10:00 a.m.<br>Courtroom 1, 17th Floor<br><br>*[Filed concurrently with Notice of Motion and Motion and Declaration of Alexander Moore]*<br><br>Assigned to the Honorable Susan Illston<br><br>Complaint Filed: September 20, 2024<br>Trial Date: None set |

    Defendants' Motion for Judgment on the Pleadings came on for hearing in Courtroom 1 of this Court on January 9, 2026, at 10:00 a.m.  Each party appeared at the hearing through their counsel of record.  Having reviewed the motion, briefing, evidence and arguments submitted by the parties, and the Court's files, and good cause appearing, the Court orders that:

    The Motion for Judgment on the Pleadings is GRANTED.  Judgment shall be entered for Defendants in this matter.

    **IT IS SO ORDERED.**


Dated: _____                    _____
                                         HON. SUSAN ILLSTON
                                         UNITED STATES DISTRICT COURT
                                         JUDGE