PETER HSIAO (Bar No. 119881)
phsiao@kslaw.com
ALEXANDER MOORE (Bar No. 340994)
amoore@kslaw.com
**KING & SPALDING LLP**
50 California Street, Suite 3300
San Francisco, CA 94111
Telephone:   +1 415 318-1200
Facsimile:   +1 415 318 1300

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-CV-06632-SI<br><br>**STIPULATED SCHEDULING ORDER; [PROPOSED] ORDER**<br><br>*Assigned for all purposes to the Honorable Susan Illston* |

## STIPULATION

WHEREAS the Parties have met and conferred per the Court's direction on December 4, 2025, to revise the briefing and hearing schedule for Defendants' Motion for Judgment on the Pleadings filed on December 3, 2025 (the "Motion");

THEREFORE, The Parties hereby stipulate and agree as follows:

(1) Plaintiff will have until December 24, 2025 to file its opposition to the Motion;

(2) Defendants will have until January 9, 2026 to file its reply in support of the Motion;

(3) The hearing is requested to be set on January 23, 2026, at 10:00 a.m., or on the next available date on the Court's calendar.

Respectfully submitted,

Dated: December 8, 2025          KING & SPALDING LLP

By: */s/ Peter Hsiao*
     Peter Hsiao

*Attorneys for Defendants*

Dated: December 8, 2025          LAW OFFICE OF WILLIAM CARLON

By: */s/ William N. Carlon*   Signature authority granted via email on 12/8/2025
     William N. Carlon

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: _____         _____
                                     Honorable Susan Illston
                                     United States District Judge

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  December 8, 2025                    KING & SPALDING LLP

                                            By: */s/ Peter Hsiao*
                                                    Peter Hsiao

                                            *Attorneys for Defendants*