1  PETER HSIAO (Bar No. 119881)
   *phsiao@kslaw.com*
2  ALEXANDER MOORE (Bar No. 340994)
   *amoore@kslaw.com*
3  **KING & SPALDING LLP**
   50 California Street, Suite 3300
4  San Francisco, CA 94111
   Telephone:    +1 415 318-1200
5  Facsimile:    +1 415 318 1300

6
   *Attorneys for Defendants*
7  TRAVIS MOREDA DAIRY and TRAVIS
   MOREDA
8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  CALIFORNIANS FOR ALTERNATIVES TO       Case No. 3:24-CV-06632-SI
    TOXICS,
14                                          **STIPULATED SCHEDULING ORDER;**
                  Plaintiff,                ~~[PROPOSED]~~ **ORDER**
15
         vs.
16
    TRAVIS MOREDA DAIRY and TRAVIS          *Assigned for all purposes to the*
17  MOREDA,                                 *Honorable Susan Illston*

18                Defendants.

19

20

21

22

23

24

25

26

27

28

STIPULATED SCHEUDLING ORDER

1 | **STIPULATION**

2 | WHEREAS the Parties have met and conferred per the Court's direction on

3 | December 4, 2025, to revise the briefing and hearing schedule for Defendants'

4 | Motion for Judgment on the Pleadings filed on December 3, 2025 (the "Motion");

5 | THEREFORE, The Parties hereby stipulate and agree as follows:

6 | (1) Plaintiff will have until December 24, 2025 to file its opposition to the

7 | Motion;

8 | (2) Defendants will have until January 9, 2026 to file its reply in support of

9 | the Motion;

10 | (3) The hearing is requested to be set on January 23, 2026, at 10:00 a.m., or

11 | on the next available date on the Court's calendar.

12 | Respectfully submitted,

13 | Dated:  December 8, 2025          KING & SPALDING LLP

14 |

15 | By: */s/ Peter Hsiao*
   | Peter Hsiao

16 | *Attorneys for Defendants*

17 |

18 | Dated:  December 8, 2025          LAW OFFICE OF WILLIAM CARLON

19 | Signature authority granted via email on 12/8/2025

20 | By: */s/ William N. Carlon*
   | William N. Carlon

21 | *Attorneys for Plaintiff*

22 |

STIPULATED SCHEUDLING ORDER

1

**PURSUANT TO STIPULATION, AND GOOD CAUSE SHOWN, IT IS SO ORDERED.**

2

3

4    Dated:    December 8, 2025

Honorable Susan Illston
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED SCHEUDLING ORDER

1

## **ATTESTATION**

2   Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that all signatories listed, and on

3   whose behalf this filing is submitted, concur in the filing's content and have

4   authorized the filing.

5

6   Dated:  December 8, 2025                KING & SPALDING LLP

7

8                                          By: */s/ Peter Hsiao*
                                               Peter Hsiao

9                                          *Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED SCHEUDLING ORDER