UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CAND 435
(CAND Rev. 08/2018)

**TRANSCRIPT ORDER**
Please use one form per court reporter.
*CJA counsel / please use Form CJA24*
*Please read instructions on next page.*

COURT USE ONLY
**DUE DATE:**

1a. CONTACT PERSON FOR THIS ORDER
Susan Sarff

2a. CONTACT PHONE NUMBER
(213) 443-4367

3. CONTACT EMAIL ADDRESS
ssarff@kslaw.com

1b. ATTORNEY NAME (if different)
Peter Hsiao

2b. ATTORNEY PHONE NUMBER
(213) 443-4355

3. ATTORNEY EMAIL ADDRESS
phsiao@kslaw.com

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
KING & SPALDING LLP
633 W. Fifth Street, Suite 1600
Los Angeles, CA 90071

5. CASE NAME
CA for Alternatives v Travis Moreda Dairy

6. CASE NUMBER
3:24-cv-06632

8. THIS TRANSCRIPT ORDER IS FOR:
☐ APPEAL       ☐ CRIMINAL
☐ NON-APPEAL   ☑ CIVIL

7. COURT REPORTER NAME ( FOR FTR, LEAVE BLANK AND CHECK BOX)— ☐ FTR
Zoom Recording

☐ In forma pauperis (NOTE: Court order for transcripts must be attached)
CJA: *Do not use this form: use Form CJA24.*

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)

b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)*

c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or line) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30day) | 14-Day | EXPEDITED (7-day) | 3-DAY | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/14/2025 | SI | CMC | | ● | ● | ○ | ○ | ○ | ○ | ● | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | | | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional).

11. SIGNATURE
/s/ Peter Hsiao

12. DATE
12/09/2025