# EXHIBIT 1

WILLIAM VERICK (State Bar No. 140972)
Klamath Environmental Law Center
P.O. Box 1128
Arcata, CA 95518
(707) 630-5061
wverick@igc.org

DAVID WILLIAMS (State Bar No. 144479)
Law Offices of David Williams
1839 Ygnacio Valley Road, Suite 351
Walnut Creek, CA 94598
(510) 847-2356
dhwill7@gmail.com

BRIAN ACREE (State Bar No. 202505)
Law Office of Brian Acree
95 3rd Street, Second Floor
San Francisco, CA 94103-3103
(510) 517-5196
brian@brianacree.com

WILLIAM N. CARLON (State Bar No. 305739)
Law Office of William Carlon
437 Post Street
Napa, CA 94559
(530) 514-4115
william@carlonlaw.com

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA,<br><br>Defendants. | Case No. 3:24-cv-06632-SI<br><br>**PLAINTIFF'S REQUEST FOR WET WEATHER INSPECTIONS OF LAND AND PROPERTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34** |

To: DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:

Defendants are hereby requested pursuant to Rule 34(a) of the Federal Rules of Civil Procedure to permit Plaintiff Californians for Alternatives to Toxics to enter Defendants' property located at 3243 Spring Hill Road near Petaluma, California ("Facility"), during three rain events starting October 15, 2025 through the close of discovery in this action, to inspect, photograph, test, videotape, or sample the following areas of Defendants' Facility: (1) any areas or equipment at Defendants' facility from which any liquids or runoff may drain or be drained or discharged, whether in the past, present or future, to storm drains or other conveyances located on or adjacent to Defendants' Facility; and (2) the following objects located on such areas: (a) all storm drains, (b) all paved and unpaved surfaces, (c) all loading or unloading areas, (d) all maintenance areas, (e) all storage areas, (f) all fueling areas, (g) all bermed areas, (h) all entrances and exits, (i) all storm water pollution management measures and (j) all areas of potential spills of product, fuel or other potential water pollution sources. Samples may include samples of soil, materials, product, or runoff that may contribute pollutants to storm drains on or adjacent to Defendants' facility.

It is further requested that the dates for making such entry be determined through the following procedure. Based on available weather forecasts, counsel for Plaintiff shall provide to Defendants' counsel preliminary notice of Plaintiff's intent to conduct a wet weather site inspection at least 48 hours prior to the time the inspection will begin. Plaintiff shall confirm or cancel the preliminarily noticed inspection by not later than 10:00 p.m. the evening prior to the inspection by leaving a message for counsel at their office telephone or any other pre-arranged telephone number. Plaintiff will make every effort to provide notices earlier than the above deadlines.

The parties, through mutual agreement may adjust the start time of any specific site inspection.

This request for site inspections is in addition to any other site inspections requested by Plaintiff or agreed upon by the parties. Service of a written response to this request is due from you within 30 days of the date of service of this request. Your response must state that

1  production and related activities will be permitted as requested or that the requested production is

2  objected to, in which event the reasons for your objection must be stated.

3  Dated: May 27, 2025                              LAW OFFICE OF WILLIAM CARLON

4

5  _____
   William N. Carlon

6  Attorney for Plaintiff
   CALIFORNIANS FOR
7  ALERNATIVES TO TOXICS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

I, William N. Carlon, declare as follows:

I am a resident of the State of California, and employed in Petaluma, California. I am over the age of 18 years and am not a party to the above-entitled action. My business address is 437 Post Street, Napa, California 94559.

On May 27, 2025 I served the following document(s):

**PLAINTIFF'S REQUEST FOR WET WEATHER INSPECTIONS OF LAND AND PROPERTY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 34**

by placing a true and correct copy thereof in a sealed envelope, first class postage prepaid, addressed to the party listed below, and depositing it in a United States Postal Service mail box:

Peter Hsiao
Alexander Moore
KING & SPALDING LLP
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071

I certify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2025, at Napa, California.

_____
William N. Carlon