United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    CALIFORNIANS FOR ALTERNATIVES          Case No.  24-cv-06632-SI
     TO TOXICS,
8
             Plaintiff,                      **ORDER RE: DISCOVERY DISPUTE**
9
         v.                                  Re: Dkt. No. 58
10
     TRAVIS MOREDA DAIRY, et al.,
11
             Defendants.
12

13          On January 23, 2026, parties filed a joint discovery dispute statement regarding plaintiff's

14   Wet Weather Inspection Request.  Dkt. No. 58.  The parties met and conferred via videoconference

15   on December 18, 2025 and exchanged further emails, but were unable to resolve this dispute without

16   the Court's intervention.  *Id.* at 2.  The Court **ORDERS** defendants to allow plaintiff to conduct a

17   wet weather inspection of the Travis Dairy.

18          Plaintiff served a Wet Weather Inspection Request on defendants on May 27, 2025.  Dkt.

19   No. 58-1.  At the November 11, 2025 initial case management conference, the Court directed

20   defendants "to provide inspections after two rain events."  Dkt. Nos. 49; 55 at 5:21-8:13.  On

21   December 3, 2025, defendants responded to plaintiff's Wet Weather Inspection Request.  Dkt. No.

22   58-2.  Defendants argue that an onsite inspection cannot occur due to an outbreak of avian flu in

23   Sonoma County and object that, even if an onsite inspection could occur, plaintiff's request is

24   overbroad, unduly burdensome, and disproportionate.  *Id.*

25          The Court finds that defendants' refusal to cooperate with plaintiff to develop a safe protocol

26   for a site inspection is unreasonable, even in light of the California Department of Food and

27   Agriculture's ("CDFA") avian flu alert.  *See* Dkt. Nos. 48, Ex. A.  Indeed, plaintiff states it is

28   amenable to following CDFA's biosecurity measures.  Dkt. No. 58 at 2-3.  This is consistent with

the discussion at the initial case management conference.  Dkt. No. 55 at 7:2-8:13 (discussing the use of Tyvek suits and how an in-person inspection is different than a drone flight).

The Court has reviewed state documents cited by defendants, including CDFA's alert which states that cattle farms should follow biosecurity precautions including "limiting farm access to essential personnel only" and the December 18, 2024 "Proclamation of a State of Emergency,"[1] which orders residents "to obey the direction of emergency officials."  Dkt. Nos. 48, Ex. A; 58 at 5, Exs. A-C.  The Court does not find that any of these documents prohibit defendants from accommodating plaintiff's requested inspection.

**IT IS SO ORDERED**.

Dated: January 27, 2026

SUSAN ILLSTON
United States District Judge

[1] https://www.caloes.ca.gov/wp-content/uploads/Legal-Affairs/Documents/Proclamations/-12.18.2024__SOE_Bird_Flu_GGN_Signed.02.pdf.

2