**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

### CIVIL MINUTES

| **Date:** April 17, 2026 | **Time:** 11:04 – 11:10<br>6 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 24-cv-06632-SI | **Case Name:** Californians for Alternatives to Toxics v. Travis Moreda Dairy | |

**Attorney for Plaintiff:** William Carlon
**Attorney for Defendant:** Alex Moore, Peter Hsiao

**Deputy Clerk:** Esther Chung             **Court Reporter:** Zoom Recording

### PROCEEDINGS

Further Case Management Conference – Held via Zoom webinar.

### SUMMARY

The Court admonished the parties for the lack of progress in the case and ORDERED the parties to meet and confer regarding any outstanding discovery issues.  Any outstanding discovery issues should be submitted by joint letter brief (see standing orders) by **4/29/2026.**

The Case Management Conference was continued.  The Court will set a trial date at the next hearing.  The parties are to include a proposed trial schedule (to occur in 2026) with their Joint Case Management statement.

CASE CONTINUED: **5/8/2026 at 3:00 PM for Further Case Management Conference.**
Joint Case Management Statement due: **5/6/2026**
Courtesy copy of the Statement is due:  **Next Court day following filing.**
Zoom registration by email to sicrd@cand.uscourts.gov due:  **9 days before any hearing.**