UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVIS MOREDA DAIRY, et al.,<br><br>Defendants. | Case No.  24-cv-06632-SI<br><br>**ORDER RE: DISCOVERY DISPUTES** |

On April 17, 2026, the Court held a case management conference and ordered the parties to meet and confer regarding outstanding discovery issues.  Dkt. No. 166.  The parties were instructed to submit any outstanding discovery issues by joint letter briefs by April 29, 2026, and to submit a proposed trial schedule to occur in 2026 with their joint case management statement by May 6, 2026.

Plaintiff has since filed an individual Supplemental Case Management Statement (Dkt. No. 67) and two individual discovery letter briefs (Dkt. Nos. 69, 70).  Defendants' response to plaintiff's first discovery letter brief indicates that parties have not met and conferred since the case management conference as ordered by the Court.  Dkt. No. 71.  The Court will not consider plaintiff's filings until parties have met and conferred.

**IT IS SO ORDERED**.

Dated:  April 28, 2026

_____
SUSAN ILLSTON
United States District Judge