UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS )<br><br>Plaintiff, )<br><br><br>vs. )<br>TRAVIS MOREDA DAIRY and TRAVIS MOREDA, )<br><br>Defendants. ) | Case Number: 3:24-cv-06632-SI<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT** |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT pursuant to Docket Number 66.

**PLAINTIFF'S STATEMENT**

Plaintiff intends to seek a stipulation with Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) for dismissal of this action without prejudice, with each side to bear its own attorneys' fees and costs.

Following the Court's May 5, 2026 order (Dkt. No. 74) addressing Plaintiff's discovery motions and the case schedule, Plaintiff has reassessed the resources and time required to develop and try this matter under the schedule constraints ordered by the Court. After that reassessment, Plaintiff has concluded that voluntary dismissal is the appropriate course.

Two case-specific considerations support that conclusion. First, the time available to complete remaining discovery, expert work, and trial preparation is insufficient to do so at a cost proportionate to the matter. Plaintiff is a small nonprofit organization with limited resources.

Second, Plaintiff's case as pleaded would rely in substantial part on expert testimony developed through wet-weather inspection of the facility, and the conditions required for that inspection cannot be produced within schedule requiring trial to occur in 2026. Plaintiff has determined that proceeding to trial without that evidence would not adequately present its case.

Voluntary dismissal at this stage will conserve the resources of the Court and the parties that would otherwise be expended on continued pretrial work and trial.

Plaintiff has met and conferred with Defendants regarding a stipulated dismissal on the terms described above. If a stipulation cannot be reached, Plaintiff intends to seek dismissal by motion under Federal Rule of Civil Procedure 41(a)(2).

Pending resolution of Plaintiff's stipulation effort, Plaintiff respectfully requests that the Court vacate the case-management and pretrial deadlines currently set.

**Defendants' Position:**

Defendants ("Travis") learned of Plaintiff's plan to dismiss on May 6.  The dismissal should be with prejudice, and with a general and specific release.

Dated: May 6, 2026

/s/ William Carlon
Counsel for Plaintiff

Dated: May 6, 2026

/s/ Alex Moore
Counsel for Defendants

*Supplemental Joint Case Management Statement*          *Case No: 3:24-cv-06632-SI*