PETER HSIAO (Bar No. 119881)
*phsiao@kslaw.com*
ALEXANDER MOORE (Bar No. 340994)
*amoore@kslaw.com*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone:    +1 213 443 4355
Facsimile:    +1 213 443 4310

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No. 3:24-CV-06632-SI |
| Plaintiff, | **DEFENDANTS' PROPOSED TRIAL SCHEDULE** |
| vs. | Assigned to the Honorable Susan Illston |
| TRAVIS MOREDA DAIRY and TRAVIS MOREDA, | Complaint Filed: September 20, 2024 |
| Defendants. | Trial Date: None set |

King & Spalding LLP
Attorneys at Law
Los Angeles

1

DEFENDANTS' PROPOSED TRIAL SCHEDULE                              CASE NO. 3:24-CV-06632-SI

In an abundance of caution, even though Plaintiff plans to dismiss this case (Dkt. No. 75), Defendants file this proposed trial schedule to comply with the Court's Order (Dkt. No. 66):

| Event | Date |
| --- | --- |
| Close of Fact Discovery | June 26, 2026 |
| Expert Disclosures/Start of Expert Discovery | July 10, 2026 |
| Rebuttal Expert Disclosure | August 7, 2026 |
| Close of Expert Discovery | September 11, 2026 |
| Dispositive Motion Hearings | October 9, 2026 |
| Pretrial Statement | November 10, 2026 |
| Pretrial Conference | November 24, 2026 |
| Trial | December 14, 2026 |

Dated: May 6, 2026

Respectfully submitted,

**KING & SPALDING LLP**

By: ___/s/ Alexander Moore_____
　　　Alexander Moore

*Attorneys for Defendants*
TRAVIS MOREDA DAIRY and TRAVIS MOREDA

KING & SPALDING LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DEFENDANTS' PROPOSED TRIAL SCHEDULE                    CASE NO. 3:24-CV-06632-SI