**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** May 8, 2026 | **Time:** 3:27 – 3:43 16 Minutes | **Judge:** SUSAN ILLSTON |
|---|---|---|
| **Case No.:** 24-cv-06632-SI | **Case Name:** Californians for Alternatives to Toxics v. Travis Moreda Dairy | |

**Attorney for Plaintiff:** William Carlon
**Attorney for Defendant:** Alex Moore, Peter Hsiao

**Deputy Clerk:** Esther Chung          **Court Reporter:** Zoom Recording

**PROCEEDINGS**

Further Case Management Conference – Held via Zoom webinar.

**SUMMARY**

Plaintiffs confirmed that they would agree to dismiss without prejudice.  The Defendant objected to any dismissal being without prejudice in order for them to waive fees and costs.  Dismissal under Rule 41 was discussed.

Plaintiffs counsel will discuss with their client to see if a dismissal with prejudice could be agreed upon.  The Court continued the Case Management Conference for another year in order to discuss dismissal status.

CASE CONTINUED: **5/15/2026 at 3:00 PM for Further Case Management Conference.**